**FILED**

OCT 22 2018

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFSHIN BAHRAMPOUR, )
)
Plaintiff, )
) Civil Action No.: 1:18-cv-02059 (UNA)
)
)
MICROSOFT CORPORATION, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint ("Compl.") and application for leave to proceed *in forma pauperis* ("IFP"). The Court will grant plaintiff's application to proceed IFP and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a Nevada resident, sues eight defendants, including, Microsoft Corporation, several government agencies and committees, government officials, and John/Jane Does. Compl.

1

at caption. Plaintiff alleges that he has been subject to civil rights violations as a result of defendants' use of "space-based weapons" on him from 2006 to present. *Id.* at 2–4. He posits that defendants have exposed him to "electronic surveillance" as part of the government's perpetuation of an "information war[.]" *Id.* at 4. Plaintiff alleges that he, and various other members of the population, have been victims of "mood management and mind control[.]" *Id.* Plaintiff alleges that defendants have conspired to use these systems against "Clark County residents[,]" and to spread propaganda. *Id.* at 6. He alleges that he has been hospitalized as a result of defendants' actions, seeks monetary damages, and requests "mandamus to President of USA to remove the security clearance of 911." *Id.* at 3, 9.

The ambiguous and rambling allegations comprising the complaint fail to provide adequate notice of a claim. While plaintiff lists a litany of disparate legal authority, he fails to describe any specific wrongdoing committed by these defendants, apart from his overarching conspiracy theory. *See, e.g., id.* at 2–5. The causes of action, if any, are completely undefined. The complaint also fails to set forth allegations with respect to this Court's jurisdiction over plaintiff's entitlement to relief or a valid basis for an award of damages as pled. Therefore, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: October 16, 2018

United States District Judge